THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-069-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING THAT DEFENDANT REMAIN AT THE FDC SEATAC UNTIL THE COURT RULES ON THE DEFENDANT'S MOTION FOR RE-SENTENCING AND IMPOSITION OF A REDUCED SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT |
| DONDANOVA DOMINIQUE LEWIS, | ) | |
| Defendant. | ) | |

This Court having considered the stipulation of the parties, hereby directs that:

The United States Marshals Service should maintain the Defendant, Dondanova Lewis, at the Federal Detention Center while his motion under the First Step Act is pending and until further order of this Court before transporting him to the facility designated by the Bureau of Prisons.

Counsel for Mr. Lewis is to file a motion on Mr. Lewis' behalf by March 31, 2019.

SO ORDERED this 11th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING THAT DEFENDANT REMAIN AT
THE FDC SEATAC UNTIL THE COURT RULES ON THE
DEFENDANT'S MOTION FOR RE-SENTENCING AND
IMPOSITION OF A REDUCED SENTENCE PURSUANT
TO SECTION 404 OF THE FIRST STEP ACT
(*Dondanova Dominique Lewis*, CR10-069-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**