THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-069-RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| v. | ) ) | |
| DONDANOVA DOMINIQUE LEWIS, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Dondanova Dominique Lewis, to file Exhibits 2 and 3 of the Motion for Compassionate Release under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #62) is GRANTED and he shall be permitted to file Exhibits 2 and 3 under seal.

DATED this 20th day of July, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL EXHIBITS
(*USA v. Lewis*, CR10-069-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100