THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR10-069-RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| v. | ) ) | |
| DONDANOVA DOMINIQUE LEWIS, | ) ) | |
| Defendant. | ) ) | |

Upon the motion of Defendant to file an overlength reply brief in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, and the Court finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #72) is GRANTED. Leave of court is hereby granted for Defendant to file a Reply not to exceed 10 pages.

DATED this 3rd day of August, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*USA v. Lewis*, CR10-069-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100