The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-069 RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING MOTION TO SEAL EXHIBITS A, B, AND C |
| DONDANOVA DOMINIQUE LEWIS, | |
| Defendant. | |

Having considered the Government's Motion to Seal, and because of the sensitive and personal information contained in Exhibit A (Renton Police Report), Exhibit B (Body Cam 1) and Exhibit C (Body Cam 2),

It is hereby ORDERED that the Motion to Seal (Dkt. 83) is GRANTED. The exhibits shall remain sealed.

DATED this 25th day of October, 2022.

*[signature]*
HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Lewis* / CR10-069 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970