Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONDANOVA DOMINIQUE LEWIS, <br><br> Defendant. | No. 2:10-cr-00069-RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Dondanova Dominique Lewis's Motion for Early Termination of Supervised Release. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 78) is **DENIED**.

DATED this 25th day of October, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1