The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONDANOVA DOMINIQUE LEWIS,<br><br>Defendant. | NO. CR10-069 RAJ<br><br>ORDER EXTENDING DEADLINES |

THIS MATTER having come before the Court on the Government's Motion to extend the Deadline to file its Response to Defendant's Motion for Early Termination of Probation or Supervised Release, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the unopposed motion (Dkt. 89) is GRANTED. The deadline for the Government to file its response is extended to March 7, 2024, Defendant's reply, if any, is due March 13, 2024, and the motion is renoted for March 13, 2024.

DATED this 26th day of February, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Lewis*, CR10-069 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970