Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONDANOVA DOMINIQUE LEWIS,

Defendant.

No. 2:10-cr-00069-RAJ

ORDER DENYING DEFENDANT'S RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER comes before the Court on Defendant Dondanova Dominique Lewis's Renewed Motion for Early Termination of Supervised Release. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Renewed Motion for Early Termination of Supervised Release (Dkt. 88) is **DENIED**.

DATED this 18th day of March, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1